BRIAN D. SHAPIRO, ESQUIRE  Electronically Filed on 6-23-15
Nevada Bar #5772
LAW OFFICE OF BRIAN D. SHAPIRO
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
(702) 386-8600
(702) 383-0994 fax
brian@brianshapirolaw.com
Retained Counsel
PR #: R.245-010

Attorneys for Secured Creditor, MTGLQ Investors, LP as successor in interest to U.S. Bank National Association, as Trustee for CVF II Mortgage Loan Trust I, its assignees and/or successors in interest

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| In re | BK-S- 14-15776-led |
|---|---|
| JOSE J GUTIERREZ-VAZQUEZ, | Hearing:<br>Date:   June 24, 2015 |
| Debtor. | Time:   10:00 a.m.<br>Chapter 13 |

**STIPULATION RESOLVING DEBTOR'S PROPOSED CHAPTER 13 PLAN AND CONFIRMATION AND DEBTOR'S MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF MTGLQ INVESTORS, LP AS SUCESSOR IN INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CVF II MORTGAGE LOAN TRUST I PURSUANT TO 11 U.S.C. § 506(A) AND § 1322**

IT IS HEREBY STIPULATED by and between Secured Creditor, MTGLQ Investors, LP as successor in interest to U.S. Bank National Association, as Trustee for CVF II Mortgage Loan Trust I, its assignees and/or successors in interest, through its retained counsel Brian D. Shapiro, Esq., and Debtor, Jose J. Gutierrez-Vazquez, through his counsel, Michael J. Harker, Esq., as follows:

1.   Secured Creditor and Debtor hereby agree that Secured Creditor will be paid an agreed upon amount of **$61,000.00** at 5.25% interest over 57 months through the Plan to satisfy the claim with respect to the subject property, generally described as **804 Taylor Avenue, North**

1

Las Vegas, Nevada 89030, ("Property" herein).

2. Debtor hereby agrees that Secured Creditor will be allowed to file a late Proof of Claim based on the settlement amount listed in this agreement.

3. It is hereby agreed that Debtor will pay taxes and insurance directly.

4. All other terms of the Note and Deed of Trust will remain intact.

5. In the event the instant bankruptcy proceeding is dismissed, converted or discharged, this Order shall be terminated and have no further force or effect.

6. The Evidentiary Hearing presently scheduled for June 24, 2015 at 10:00 a.m. is hereby vacated.

7. The Debtor will amend his Chapter 13 Plan to reflect the terms of this Stipulation.

8. Secured Creditor has the authority to file an Ex-Parte Motion seeking to approve this Stipulation with the Bankruptcy Court.

9. The undersigned have authority on behalf of their respective Clients to enter into this Stipulation.

Submitted By:

LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By: /s/ Brian D. Shapiro
BRIAN SHAPIRO, ESQUIRE
Nevada Bar #5772
Retained Counsel for Secured Creditor


APPROVED/DISAPPROVED:

By: _____
MICHAEL J. HARKER, ESQUIRE
Attorney for Debtors

2